IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

IN RE: SHARON D. MALLETT  CASE NO.: 5:06-bk-15046
DEBTOR  CHAPTER 13

## ORDER ON OBJECTION TO MORTGAGE INCREASE AND MOTION FOR CONTEMPT

Comes before the Court the Debtor's Objection to Mortgage Increase of U.S. Bank, N.A. and Motion for Contempt. The Court being advised as to the law and facts, and that the Parties have reached an agreement in this matter, does hereby find and ORDER as follows:

1. The Debtor's Objection to the Mortgage Increase of U.S. Bank dated June 25, 2010, is SUSTAINED.

2. U.S Bank, N.A. shall have twenty-one (21) days from the date of this Order to submit a payment change letter to the Court, the Chapter 13 Trustee, the Debtor's attorney, and the Debtor a notice of payment change effective September 1, 2010 to $576.64 per month with the previous payment amount having been $577.10 per month.

3. The escrow shortage claimed of $1663.59 has been waived per the Ordered entered in this case on February 4, 2010.

4. U.S. Bank shall within ten (10) days of the entry of this ORDER pay to the debtor's attorney the sum of Four hundred Fifty & no/100 Dollars ($450.00) for attorney's fees and costs incurred herein.

5. U.S. Bank shall bear its own costs in this matter, and no fees shall be charged to the debtor's loan account pertaining to this Objection and U.S. Bank's response thereto.

IT IS SO ORDERED this __26th__ day of October, 2010.

HONORABLE RICHARD D. TAYLOR
U.S. BANKRUPTCY JUDGE

APPROVED AS TO FORM:

/s/ Annabelle Patterson
Annabelle Patterson, ABN 85204

Mary Winzerling, ABN 89026
Attorney for U.S. Bank, N.A.

EOD 10/26/2010
by R Johnson

/s/ Lonnie L. Grimes
Lonnie Grimes
Attorney for Chapter 13 Trustee

CC: Annabelle Patterson
　　 Mary Winzerling
　　 Jack W. Gooding, Trustee
　　 Sharon Mallett